UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER DENSITY SOLUTIONS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>GOOGLE LLC, <br><br>Defendant. | Case No.: 24-cv-1437-RSH-JLB <br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** <br><br>[ECF No. 21] |

On November 12, 2024, Plaintiff filed a Notice of Voluntary Dismissal. ECF No. 21. Defendant has not served an answer. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an "absolute right" to "voluntarily [] dismiss an action when the defendant has not yet served an answer or a summary judgment motion." *Am. Soccer Co. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999). A voluntary dismissal pursuant Rule 41(a)(1)(A)(i) is self-executing and requires no further action by the Court. *United States v. 475 Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008). In light of Plaintiff's notice, **IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED**.

Dated: November 13, 2024

_____
Hon. Robert S. Huie
United States District Judge